UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                                    10-cv-97-PB

Danbury, NH, 717 US Route 4, et al

O R D E R

I hereby recuse myself from presiding over this case as Attorney Mark Sisti has filed an appearance on behalf of the defendants.

SO ORDERED.

April  15, 2010                                       /s/ Paul Barbadoro
                                                            Paul Barbadoro
                                                           United States District Judge

cc:     Counsel of Record